The People of the State of New York, Respondent, v. Albert Roselli, Appellant.— We think this judgment is decidedly against the weight of evidence. Judgment of conviction reversed. Jenks, Hooker, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. William J. Eggers, Respondent, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

John Ruemer, Respondent, v. Margaret A. Clark, Appellant.— Judgment and order affirmed by default, with costs. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Townsend Scudder, Appellant, v. Nassau County Press, Respondent.— Action discontinued by written stipulation, and order signed and entered.

Michael Sweeney, Respondent, v. S. Liebmann's Sons Brewing Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Joseph Weinberg, Appellant, v. Max Feldman, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Rich, JJ.

H. Stanley Wills, Appellant, v. Nathan Weiss, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Frederick Henry Bruckel, Respondent, v. J. Milhau's Son, Appellant.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Joseph A. Burr and Others, Composing the Firm of Burr, Coombs & Wilson, Respondents, v. David K. Case, Appellant.— Motion to dismiss appeal granted, with costs, unless the appeal is perfected in time to place the case on the April calendar. On compliance, motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Annie Feldman and Another, Respondents, v. Harry Gurland and Others, Appellants.— Motion to resettle order denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Louisa Frank, Respondent, v. Mary Miller and Jacob Miller, Appellants. — Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for the City of New York, for the Appointment of Three Commissioners, etc. Brooklyn, Manhattan and Long Island City Route.— Motion granted and order signed. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

James J. O'Boyle, Respondent, v. Erie Railroad Company, Appellant.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Henry H. Petze, Appellant, v. Daniel J. Leary, Respondent.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.